81, 115
RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

CAUSE NO. A-39,257-A

| EX PARTE | § | IN THE DISTRICT COURT |
| | § | |
| | § | 70th JUDICIAL DISTRICT |
| | § | |
| STEVEN CEASAR URESTI | § | ECTOR COUNTY, TEXAS |

## TRIAL COURT'S ORDER REGARDING DEFENDANT'S INDIGENCY AND APPOINTMENT OF APPELLATE COUNSEL

In response to the Court of Criminal Appeals' order in No. WR-81,115-01, issued August 26, 2015, this Court makes the following rulings:

The Court finds that Steven Ceasar Uresti is indigent and wishes to be represented by counsel to pursue an appeal. Accordingly, the Court hereby appoints E. Jason Leach as Uresti's appellate counsel.

SIGNED ON THIS THE 3rd day of September, 2015.

Hon. Denn Whalen
Judge Presiding
70th District Court
Ector County, Texas

FILED
at _____ o'clock
SEP 0 3 2015
District Clerk Ector County Texas
By _____ Deputy